**FOR PUBLICATION**

# UNITED STATES COURT OF APPEALS
# FOR THE NINTH CIRCUIT

| | |
|---|---|
| JOSE ANTONIO CORNEJO-VILLAGRANA, | No. 13-72185 |
| *Petitioner*, | Agency No. A079-648-998 |
| v. | |
| JEFFERSON B. SESSIONS III, Attorney General, | ORDER |
| *Respondent*. | |

Filed May 30, 2018

Before: Andrew J. Kleinfeld and Kim McLane Wardlaw, Circuit Judges, and Rosanna Malouf Peterson,[*] District Judge.

## ORDER

Petitioner's petition for panel rehearing is **GRANTED** and the opinion filed September 14, 2017 is **WITHDRAWN**. The petition for rehearing en banc is denied as moot. Submission is vacated pending further order of the court.

**IT IS SO ORDERED.**

---

[*] The Honorable Rosanna Malouf Peterson, United States District Judge for the Eastern District of Washington, sitting by designation.